

# Fourth Court of Appeals
## San Antonio, Texas

June 6, 2014

No. 04-13-00637-CR

Jeffrey **THEISEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR2446
Honorable Ray Olivarri, Judge Presiding

### O R D E R

The State's brief was originally due to be filed on May 5, 2014.  The State's first motion for extension of time was granted, extending the deadline for filing the brief to June 4, 2014.  On June 5, 2014, the State filed a motion requesting an additional extension of time to file the brief until July 3, 2014, for a total extension of sixty days.  The motion is GRANTED.  **THIS IS THE FINAL EXTENSION OF TIME THAT THE STATE WILL BE GRANTED**.  The State's brief must be filed by July 3, 2014

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court